**Order entered August 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00022-CV

### ROBERT PERRY, II, ET AL., Appellants

### V.

### FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05355-D**

## ORDER

Before the Court is appellant's pro se motion seeking an extension of time to file his brief to December 7, 2014. Appellant's brief was originally due on August 6, 2014. However, in an order dated August 7, 2014, we granted an extension of time to file the reporter's record to August 26, 2014 and set appellant's briefing deadline at September 25, 2014. Accordingly, we **DENY** appellant's motion as premature.

/s/    ADA BROWN
        JUSTICE